**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CARLOS DANIEL SANTANA DA LUZ,<br><br>        Petitioner,<br><br>    v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, *et al*.,<br><br>        Respondents. | Civil Action No. 1:26-cv-11228-RGS |

**RESPONDENTS' RESPONSE TO ECF No. 9**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, submit this response to this Court's Order regarding Petitioner's Carlos Daniel Santa Da Luz's bond hearing. ECF No. 9. Pursuant to this Court's Order, ECF No. 8, Petitioner had a bond hearing before the Immigration Judge on March 23, 2026, pursuant to 8 U.S.C. § 1226(a). Exhibit 1, Bond Order. The Immigration Judge granted him release on a monetary bond of $7,500. *See id*. ICE agency counsel relayed that on or about the same day, Petitioner posted the monetary bond and ICE released him from custody. As such, Respondents respectfully request this matter be dismissed as the ordered relief was provided.

Dated: May 18, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271

2

Email: Erica.McMahon@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I, Erica McMahon, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: May 18, 2026                    By:    */s/ Erica McMahon*
                                                ERICA MCMAHON
                                                Special Assistant United States Attorney

2